UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

CAROL L. FLOCK,

        Plaintiff,

    v.

TARGET CORPOTATION,

        Defendant.

No. C 14-638 LB

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:      October 27, 2014
Mediator:  Dean Alper

    IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's claims person, Jenny Schock, from appearing in person at the October 27, 2014, mediation before Dean Alper is GRANTED. Ms. Schock shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

October 10, 2014        By:        _____
Dated                                             Maria-Elena James
                                                United States Magistrate Judge