UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CAROL FLOCK, | No. C 14-cv-00638 LB |
| Plaintiff, | **ORDER CONDITIONALLY DISMISSING ACTION** |
| v. | |
| TARGET CORPORATION, | |
| Defendant. | |

The court having been advised the parties have agreed to a settlement of this action, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice; provided, however, that if any party shall certify to this court, by June 18, 2015, with proof of service, that the agreed consideration for said settlement has not been delivered, then the foregoing order shall stand vacated and this cause shall be restored to the calendar to be set for trial.

If no certification is filed by June 18, 2015, then the dismissal shall be with prejudice.

**IT IS SO ORDERED.**

Dated: December 19, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 14-00638 LB
ORDER